RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Jose Francisco Vargas

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-334-JAD-NJK |
| Plaintiff, | **MOTION TO WITHDRAW DOCUMENT (ECF # 23)** |
| v. | |
| JOSE FRANCISCO VARGAS, | |
| Defendant. | |

COMES NOW, the Defendant JOSE FRANCISCO VARGAS, along with his attorney of record, Rene L. Valladares, Federal Public Defender and Raquel Lazo, Assistant Federal Public Defender, moves the Court for an Order withdrawing ECF # 23 from the criminal docket. The document was filed inadvertently.

DATED this 19th day of January, 2017.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Raquel Lazo*
RAQUEL LAZO
Assistant Federal Public Defender

IT IS SO ORDERED

January 19, 2017

_____
UNITED STATES MAGISTRATE JUDGE