UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:16-cr-00334-JAD-NJK |
| vs. | ) | |
| JOSE FRANCISCO VARGAS, | ) | **O R D E R** |
| Defendant. | ) | |

Pending before the Court is Defendant's Motion to Suppress Evidence. Docket No. 17. The Court hereby SETS an evidentiary hearing on this motion, for February 15, 2017, at 1:00 p.m. in Courtroom 3A.

IT IS SO ORDERED.

DATED: January 30, 2017.

NANCY J. KOPPE
United States Magistrate Judge