STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Blvd South, Suite 1100
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 2:16-cr-00334-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND RESPONSE DATE** |
| JOSE FRANCISCO VARGAS, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Raquel Lazo, Assistant Federal Public Defender, counsel for defendant Jose Francisco Vargas, that the Response to Defendant's Objection to the Magistrate Judge's Report and Recommendation (ECF No. 36) currently due March 31, 2017 be extended by fourteen (14) days to and including April 14, 2017.

The Stipulation is entered into for the following reasons:

1. The defendant is in custody, and does not oppose the continuance.

2. The parties jointly agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but is due to government counsel's absence from the District on military orders from March 20 – 30, 2017.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 17th of March, 2017.

Respectfully Submitted,

STEVEN W. MYHRE
Acting United States Attorney

_/s/_
RAQUEL LAZO
Assistant Federal Public Defender
Counsel for Jose Francisco Vargas

_/s/_
JARED L. GRIMMER
Assistant United States Attorney
District of Nevada

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 2:16-cr-00334-JAD-NJK |
| Plaintiff, | |
| vs. | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| JOSE FRANCISCO VARGAS, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, and the ends of justice, and judicial economy being best served by granting said extension

## ORDER

IT IS THEREFORE ORDERED that the Response to Defendant's Objection to the Magistrate's Report and Recommendation (ECF No. 36) currently due March 31, 2017 be extended by fourteen (14) days to and including April 14, 2017.

DATED this 22nd day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE